**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7086**
_____

STEVEN E. TARPLEY,

              Plaintiff - Appellant,

     v.

FRANK B. BISHOP, JR., Warden; WILLIAM S. BOHRER, Security
Chief; THOMAS L. SAWYERS, Unit Manager; WILLIAM L. THOMAS,
Sgt.; SHARON L. LIPSCCOB, CO II,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:15-cv-02049-GLR)

_____

Submitted:  January 12, 2017      Decided:  January 31, 2017

_____

Before GREGORY, Chief Judge, and KEENAN and FLOYD, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven E. Tarpley, Appellant Pro Se.  Nichole Cherie Gatewood,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tarpley v. Bishop, No. 1:15-cv-02049-GLR (D. Md. Aug. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2